UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLANREWAJU SURAJU, et al.,<br><br>Movants,<br><br>v.<br><br>YAHOO!, INC., et al.,<br><br>Respondents. | Case No.  22-mc-80072-SK<br><br>**ORDER SETTING BRIEFING SCHEDULE AND REQUIRING SERVICE**<br><br>Regarding Docket No. 1 |

In this miscellaneous matter, Movants Olanrewaju Suraju and The Human and Environmental Development Agenda ("Movants") seek an order pursuant to 28 U.S.C. § 1782 requiring Respondents Yahoo! Inc. and JP Morgan Chase ("Respondents") to respond to discovery requests related to a civil defamation proceeding in Nigeria.  (Dkt. 1.)

Having reviewed Movants' application for discovery, the Court HEREBY ORDERS that Movants shall serve a copies of the application, supporting documents, and this Order on Respondents no later than May 25, 2022.  Respondents shall file any opposition no later than June 8, 2022.  Movants may file any reply no later than June 15, 2022.  The Court will decide the application on the papers without oral argument.

**IT IS SO ORDERED**.

Dated: May 11, 2022

_____
SALLIE KIM
United States Magistrate Judge