| Attorney or Party without Attorney: Paul L. Hoffman, SBN: 71244<br>SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES<br>200 Pier Avenue - Suite 226<br>Hermosa Beach, CA 90254<br>TELEPHONE No.:   FAX No. (Optional):   E-MAIL ADDRESS (Optional):<br>Attorney for: Plaintiff | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: Suraju v Yahoo | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - Northern District of California

Plaintiff: OLANREWAJU SURAJU, et al

Defendant: YAHOO!, et al

| **PROOF OF SERVICE** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>3:22-mc-80072 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER SETTING A HEARING ON THIS APPLICATION AND FOR AN ORDER PURSUANT TO 28 U.S.C. §1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

- PARTY SERVED: **YAHOO!, INC.**
- PERSON SERVED: **JULIE JACOBS - GENERAL COUNSEL**
- BY LEAVING WITH: **BRIANNE BOLLER - FACILITIES MANAGER**
- DATE & TIME OF DELIVERY: **3/21/2022 12:42 PM**
- ADDRESS, CITY, AND STATE: **770 BROADWAY - 4th, 5th, 6th AND 9th FLOORS NEW YORK, NY 10011**

MANNER OF SERVICE:
**Substituted Service - By leaving the copies with or in the presence of BRIANNE BOLLER a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers. A declaration of mailing is attached hereto.**

Fee for Service: $ 367.75
County:
Registration No.:
ProLegal Reg#: 2017025418
P.O. Box 54846
Los Angeles, CA 90054
(888) 722-6878
Ref: Suraju v Yahoo

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 22, 2022.

Signature: _____
Alvin D. Gonzalez

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]   Order#: 3027093/General

| Attorney or Party without Attorney: Paul L. Hoffman, SBN: 71244 SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES 200 Pier Avenue - Suite 226 Hermosa Beach, CA 90254 TELEPHONE No.:     FAX No. (Optional):     E-MAIL ADDRESS (Optional): Attorney for: Plaintiff | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: Suraju v Yahoo | |
| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT - Northern District of California | |
| Plaintiff: OLANREWAJU SURAJU, et al | |
| Defendant: YAHOO!, et al | |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 3:22-mc-80072 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER SETTING A HEARING ON THIS APPLICATION AND FOR AN ORDER PURSUANT TO 28 U.S.C. §1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

   a. Date of Mailing:        March 22, 2022
   b. Place of Mailing:       LOS ANGELES, CA
   c. Addressed as follows:   YAHOO!, INC.
                              ATTENTION: JULIE JACOBS - GENERAL COUNSEL
                              770 BROADWAY - 4th, 5th, 6th AND 9th FLOORS
                              NEW YORK, NY 10011

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

Fee for Service: **$ 367.75**
County:
Registration:
**ProLegal Reg#: 2017025418**
**P.O. Box 54846**
**Los Angeles, CA 90054**
**(888) 722-6878**
**Ref: Suraju v Yahoo**

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 22, 2022**.

Signature: _____
**Sandra Felix**

**PROOF OF SERVICE BY MAIL**

Order#: 3027093/mailproof