| Attorney or Party without Attorney: Paul L. Hoffman, SBN: 71244<br>SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES<br>200 Pier Avenue - Suite 226<br>Hermosa Beach, CA 90254<br>TELEPHONE No.:    FAX No. (Optional):    E-MAIL ADDRESS (Optional):<br>Attorney for: Plaintiff | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: Suraju v Yahoo | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - Northern District of California

Plaintiff: OLANREWAJU SURAJU, et al

Defendant: YAHOO!, et al

| **PROOF OF SERVICE** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>3:22-mc-80072-SK |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**ORDER SETTING BRIEFING SCHEDULE AND REQUIRING SERVICE**

PARTY SERVED: **YAHOO!, INC.**

PERSON SERVED: **DAISY MONTENEGRO - c/o CT CORPORATION SYSTEM (Registered Agent - Authorized to Accept)**

DATE & TIME OF DELIVERY: **5/25/2022 12:52 PM**

ADDRESS, CITY, AND STATE: **330 NORTH BRAND BOULEVARD - SUITE 700 GLENDALE, CA 91203**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 208.15
County: Los Angeles
Registration No.: 6461
ProLegal Reg#: 2017025418
P.O. Box 54846
Los Angeles, CA 90054
(888) 722-6878
Ref: Suraju v Yahoo

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 25, 2022.

Signature: _____
Gustavo Gonzalez

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]    Order#: 3089275/General