Kelsey Harclerode (SBN 313976)
ZWILLGEN PLLC
1900 M Street NW
Suite 250
Washington, DC 20036
(202) 296-3585
kelsey@zwillgen.com

*Attorneys for Respondent*
**YAHOO! INC.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLANREWAJU SURAJU and THE HUMAN AND ENVIRONMENTAL DEVELOPMENT AGENDA,<br><br>Petitioners,<br><br>- to take discovery of -<br><br>YAHOO! INC. and J.P. MORGAN CHASE, INC.,<br><br>Respondents. | Case No. 3:22-mc-80072<br><br>**YAHOO INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Yahoo Inc. ("Yahoo") files this corporate disclosure statement and hereby discloses, by and through its undersigned counsel, that Yahoo Inc. is an indirect wholly owned subsidiary of College Parent, L.P.  Apollo Global Management, Inc., through investment funds, indirectly holds a majority interest in College Parent, L.P.  Verizon Communications Inc. is an indirect minority owner of approximately 10% of Yahoo Inc. No other publicly held corporations own 10% or more of Yahoo Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (1) have a financial interest of any kind in the subject matter in controversy or in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of this proceeding:

- Yahoo Inc. is an indirect wholly owned subsidiary of College Parent, L.P.
- Apollo Global Management, Inc., through investment funds, indirectly holds a majority interest in College Parent, L.P.
- Verizon Media is an indirect minority owner of approximately 10% in Yahoo Inc.

DATED:  June 8, 2022                    **ZWILLGEN LAW LLP**

By:  /s/ Kelsey Harclerode
Kelsey Harclerode (SBN 313976)
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
(202) 296-3585
kelsey@zwillgen.com
Attorneys for Respondent
**YAHOO! INC.**

1

2

## CERTIFICATE OF SERVICE

3

        I hereby certify that on June 8, 2022, I electronically filed the foregoing **YAHOO INC.'S**

4

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R.**

5

**CIV. P. 7.1 AND CIVIL L.R. 3-15** with the Clerk of the Court using the CM/ECF system, which

6

sent notification of such filing to the following:

7

  Catherine Sweetser (SBN 271142)
  **SCHONBRUN SEPLOW HARRIS**

8

  **HOFFMAN & ZELDES LLP**
  9415 Culver Boulevard, #115

9

  Culver City, CA 90232
  Telephone: (310) 396-0731

10

  Email: csweetser@sshhzlaw.com

11

  Paul Hoffman, SBN 071244
  John C. Washington, SBN 315991

12

  **SCHONBRUN SEPLOW HARRIS**
  **HOFFMAN & ZELDES LLP**

13

  200 Pier Avenue # 226
  Hermosa Beach, CA 90254

14

  Telephone: (310) 396-0731
  Fax: (310) 396-0731

15

  Email: hoffpaul@aol.com
  jwashington@sshhzlaw.com

16

17

18

                                              /s/ Kelsey Harclerode
                                              Kelsey Harclerode (SBN 313976)

19

                                              ZWILLGEN PLLC
                                              1900 M Street NW, Suite 250

20

                                              Washington, DC 20036
                                              (202) 296-3585

21

                                              kelsey@zwillgen.com
                                              Attorneys for Respondent

22

                                              **YAHOO! INC.**

23

24

25

26

27

28

YAHOO INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1
AND CIVIL L.R. 3-15; CASE NO. 3:22-mc-80072