# EXHIBIT 1

**IN THE FEDERAL HIGH COURT OF NIGERIA**
**IN THE ABUJA JUDICIAL DIVISION**
**HOLDEN AT ABUJA**
**ON TUESDAY, 10TH DAY OF MAY, 2022**
**BEFORE HIS LORDSHIP, HON. JUSTICE B.F.M. NYAKO**
**JUDGE**

FHC/ABJ/CR/370/2021

**BETWEEN**

**FEDERAL REPUBLIC OF NIGERIA**......................................**COMPLAINANT**

**AND**

**OLANREWAJU SURAJU**........................ ............................**DEFENDANT**

## ORDER

**UPON THE CRIMINAL CHARGE** coming up today the 10th May, 2022 for trial before His Lordship, the Honourable Justice B.F.M. Nyako.

Y.A. Cole, Esq. of Counsel for the Prosecution apply to withdraw the charge for further review.

Dr. Muiz Banire, SAN with Adesina Oke, Esq; Ayotunde Ogunleye, Esq., Oluwaseye Afolabi, Esq. and Ademola Adeleye, Esq. apply that the defendant be acquitted and bail bond returned.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. **That** case be and it is accordingly struck out.

2. **That** the defendant is hereby discharged.

3. **That** the bail bond is hereby released to the defendant.

4. **That** the Prosecution can only refile upon payment of costs of N250,000.

**Issued at Abuja**, under the Seal of this Honourable Court and the Hand of the Presiding Judge, this 10th May, 2022.



HON. JUSTICE B.F.M NYAKO

YAHAYA SHUAIBU
REGISTRAR

CERTIFIED TRUE COPY
FEDERAL HIGH COURT
ABUJA

Scanned with CamScanner