# EXHIBIT 2

CT 2

23/05/2022
T2/13h

FORM 21

SUBPOENA AD TESTIFICANDUM

IN THE FEDERAL HIGH COURT

IN THE ABUJA JUDICIAL DIVISION

HOLDEN AT ABUJA

SUIT NO: FHC/ABJ/CR/370/2021

BETWEEN:

FEDERAL REPUBLIC OF NIGERIA ...COMPLAINANT

Sup - ₦200.00
Filing - ₦100.00
W/All - ₦200.00
S/m - ₦150.00
₦650.00

AND

OLANREWAJU SURAJU ...DEFENDANT

*PAID 23 MAR 2022 FEDERAL HIGH COURT ABUJA*

5306354 93758

To:

Abubakar Malami, SAN

He Honourable Attorney General of the Federation and Minister of Justice of Nigeria, Federal Ministry of Justice, Plot 71B, Shehu Shagari Way, Maitama, Abuja FCT

You are commanded in the name of the President and Commander in Chief of the Armed Forces of the Federal Republic of Nigeria to attend before this court at ………………… on …………… day of……………………………………..2022 at…………………o'clock in the forenoon, and so from day to day till the above case is tried to give Evidence on behalf of the Defendant

Dated this 23 day of March 2022

*FED. HIGH COURT OF NIG. Sign…… Date…… JUDGE Hon. Justice BINTA F.M. NYAKO*

CERTIFIED TRUE COPY
FEDERAL HIGH COURT
ABUJA
Signature……
Date 18/5/22
Priscilla N.A
SAO

*FEDERAL HIGH COURT PAID 17 MAY 2022*