1  Lindsey Barnhart (Bar No. 294995)
2  COVINGTON & BURLING LLP
   3000 El Camino Real
3  5 Palo Alto Square, 10th Floor
   Palo Alto, CA 94306
4  Telephone: +1 (650) 632-4700
   Facsimile: +1 (650) 632-4806
5  Email: lbarnhart@cov.com

6  *Attorneys for Respondent J.P. Morgan*
7  *Chase National Corporate Services, Inc.*

8

9

10                **UNITED STATES DISTRICT COURT**

                **NORTHERN DISTRICT OF CALIFORNIA**
11
                     **SAN FRANCISCO DIVISION**
12

13

14  In re Ex Parte Application of

15  OLANREWAJU SURAJU and THE HUMAN
    AND ENVIRONMENTAL DEVELOPMENT
16  AGENDA,
                                              CASE NO. 3:22-mc-80072-SK
17                    Applicants,
                                              **DECLARATION OF ANDREW SOUKUP**
18  For an Order Pursuant to 28 U.S.C. § 1782  **IN SUPPORT OF J.P. MORGAN CHASE**
19  Granting Leave to Obtain Discovery from    **NATIONAL CORPORATE SERVICES,**
                                              **INC.'S OPPOSITION TO APPLICATION**
20  YAHOO!, INC. and J.P. MORGAN CHASE,        **FOR LEAVE TO OBTAIN DISCOVERY**
    INC.,                                     **UNDER 28 U.S.C. § 1782**
21
                      Respondents,
22
23  For use in Foreign Proceedings.

24

25

26

27

28
    DECLARATION OF ANDREW SOUKUP                    Case No. 3:22-MC-80072-SK
    ISO OPPOSITION TO 28 U.S.C. § 1782
    APPLICATION

I, Andrew Soukup, declare as follows:

1.      I am an attorney at Covington & Burling LLP, counsel for Respondent J.P. Morgan Chase National Corporate Services, Inc. in this action.  I have personal knowledge of the facts set forth herein and, if called upon to testify, could and would testify competently thereto.

2.      I submit this declaration in support of J.P. Morgan Chase National Corporate Services, Inc.'s Opposition to the Application for Leave to Obtain Discovery Under 28 U.S.C. § 1782 filed by Applicants Olranrewaju Suraju and the Human and Environmental Development Agenda.

3.      Attached as **Exhibit 1** is a true and correct copy of a letter from Paul Hoffman, Catherine Sweetser, and John Washington of Schonbrun Seplow Harris Hoffman & Zeldes LLP, to Stacey Friedman, Executive Vice President and General Counsel, JPMorgan Chase & Co., dated November 22, 2021.

4.      Attached as **Exhibit 2** is true and correct copy of an email from Andrew Soukup, Covington & Burling LLP, to Catherine Sweetser, Schonbrun Seplow Harris Hoffman & Zeldes LLP, dated March 2, 2022.

5.      Attached as **Exhibit 3** is a true and correct copy of an email (with attachment) from Catherine Sweetser, Schonbrun Seplow Harris Hoffman & Zeldes LLP, to Jordan Moran, Covington & Burling LLP, dated December 13, 2021.

6.      Attached as **Exhibit 4** is a true and correct copy of an email (with attachments) from Catherine Sweetser, Schonbrun Seplow Harris Hoffman & Zeldes LLP, to Andrew Soukup, Covington & Burling LLP, dated January 26, 2022.

7.      Attached as **Exhibit 5** is a true and correct copy of a Certificate identifying J.P. Morgan Chase National Corporate Services, Inc.'s place of incorporation and principal place of business, which I was provided by my client in this matter.

1     I declare under penalty of perjury that the foregoing is true and correct.

2     Executed on June 8, 2022

3

4                                         By: _____

5                                                Andrew Soukup

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ANDREW SOUKUP         2         Case No. 3:22-MC-80072-SK
ISO OPPOSITION TO 28 U.S.C. § 1782
APPLICATION