# EXHIBIT 3

# Moran, Jordan

| | |
|---|---|
| **From:** | Cathy Sweetser <catherine.sdshhh@gmail.com> |
| **Sent:** | Monday, December 13, 2021 7:58 PM |
| **To:** | Moran, Jordan |
| **Cc:** | hoffpaul@aol.com; csweetser@sshhzlaw.com; Soukup, Andrew; John Washington |
| **Subject:** | Re: J.P. Morgan Chase |
| **Attachments:** | JPMorgan emails  (1).pdf |

**[EXTERNAL]**
Counsel,

I am just following up on our call from last Wednesday.  Thank you again for speaking with us.  I understand that you are looking into the production of the email that was attached to our letter together with whatever routing and meta data are there, and looking into identifying whether any other custodians have additional emails from A Group Properties from 2011 and 2012, and you will get back to us with an update on December 20.  I also understand that Mr. Osolake's emails from 2011 were not retained, but that you are looking into whether his emails from 2012 are still in your client's possession.

To potentially assist with your search, I am attaching a list of names of JP Morgan employees we think may have discoverable emails in their possession/past inboxes (aside from the two employees identified in the initial attached email) based on the public filings in related matters.  The list is divided into Tier 1 and Tier 2 in terms of urgency-- since it is long, we hope this will make it more manageable.

We look forward to your update next week.

Best,
Catherine

On Tue, Dec 7, 2021 at 8:16 AM Cathy Sweetser <catherine.sdshhh@gmail.com> wrote:
> Received, thank you!  Talk to you tomorrow.
>
> On Tue, Dec 7, 2021 at 8:16 AM Moran, Jordan <JMoran@cov.com> wrote:
>
>> Catherine,
>>
>> I just circulated a calendar invite with dial-in information.
>>
>>
>> Best,
>> Jordan
>>
>> **From:** Cathy Sweetser <catherine.sdshhh@gmail.com>
>> **Sent:** Monday, December 6, 2021 7:26 PM
>> **To:** Moran, Jordan <JMoran@cov.com>

1

Cc: hoffpaul@aol.com; csweetser@sshhzlaw.com; Soukup, Andrew <asoukup@cov.com>; John Washington <jwashington@sshhzlaw.com>
**Subject:** Re: J.P. Morgan Chase

[EXTERNAL]

Thank you for responding to our letter. Wednesday at 12 PM PST/ 3 PM EST works for us. Do you have a conference call number we could use?

Best,

Catherine Sweetser

On Mon, Dec 6, 2021 at 7:48 AM Moran, Jordan <JMoran@cov.com> wrote:

> Counsel,
>
> We represent J.P. Morgan Chase. We received your November 22 letter and would like to schedule a time to talk this week. Please let us know if you are available Wednesday, December 8 between 3:00 and 5:00 pm EST or Thursday, December 9 between 12:00 and 1:00 pm EST.
>
> Best,
>
> **Jordan L. Moran**
> Pronouns: He/Him/His
>
> Covington & Burling LLP
> One CityCenter, 850 Tenth Street, NW
> Washington, DC 20001-4956
> T +1 202 662 5198 | jmoran@cov.com
> www.cov.com
>
> **COVINGTON**
>
> This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

--

Schonbrun Seplow Harris Hoffman & Zeldes LLP
9415 Culver Blvd., #115
Culver City, CA 90232
310.396-0731
fax:310.399-7040
www.losangelesemploymentlawyer.com
www.sshhzlaw.com

--

Schonbrun Seplow Harris Hoffman & Zeldes LLP
9415 Culver Blvd., #115
Culver City, CA 90232
310.396-0731
fax:310.399-7040
www.losangelesemploymentlawyer.com
www.sshhzlaw.com

--

Schonbrun Seplow Harris Hoffman & Zeldes LLP
9415 Culver Blvd., #115
Culver City, CA 90232
310.396-0731
fax:310.399-7040
www.losangelesemploymentlawyer.com
www.sshhzlaw.com

# ATTACHMENT

JPMorgan emails (1).pdf

**List of names of potential custodians, derived from public filings**

**Tier 1**

Simon Lloyd, **simon.lloyd@jpmorgan.com**
*Executive Director, JPMorgan - EMEA AML & Sanctions Compliance, 13 Floor, 125 London Wall, London EC2Y 5AJ*

Carmel Speers, *Compliance Director, Europe Middle East and Africa --***Carmel.Speers@jpmorgan.com**

Maria Cherskova,  *EMEA Compliance (AML & Sanctions) | J.P. Morgan | 1st Floor Solent Building, Chaseside, Bournemouth, BH7--* **maria.x.cherskova@jpmchase.com**

Daniel White - **Daniel.UK.White@chase.com**

Victoria Walkley*, AVP, Global Financial Crimes Compliance - EMEA Region, JPMorgan Chase Bank, N.A., 23rd floor, 25 Bank Street, Canary Wharf, London E14 53P*- **victoria.walkley@chase.com**

Daniel X. King **- daniel.x.king@jpmchase.com**

Robert Standley - **Robert.Standley@jpmorgan.com**

Tracy P Hey,  *Executive Director | TSS Global Compliance Testing | TSS Compliance | J.P. Morgan | Canberra House, Swindon SN5 8UB* **tracy.p.hey@jpmorgan.com**

Ian Lyall - **Ian.Lyall@jpmorgan.com**

John Salmon *Vice President, JP Morgan Chase Bank NA, Escrow & Structured Account Solutions, 60 Victoria Embankment, London, EC4Y 0JP*

Charles Lander, *J.P. Morgan Chase Bank N.A., 60 Victoria Embankment, London, EC4Y OJP*
**Charles.lander@jpmorgan.com**

Luke Edy, *EMEA Escrow Middle Office, Treasury Services, JP Morgan Floor 5, 60 Victoria Embankment, London--***luke.c.edy@jpmorgan.com**

Rosemary Fallows, *JP Morgan Chase, EMEA Compliance--* **rosemary.l.fallows@jpmchase.com**

Christopher Fasouletos *Ast Vice-President, JP Morgan Chase Bank NA, 4 New York Plaza, New York, NY 10004--* **christopher.f.fasouletos@jpmchase.com**

Leeann Curry, *EMEA Escrow Services, 60 Victoria Embankment, London EC4Y 0JP--*
**Leeann.m.Curry@jpmorgan.com**

James Fonseca  *Team Leader | Global Core Cash Operations | JP Morgan Treasury & Securities Services* - james.a. fonseca@jpmorgan.com

**Faisal Ansari**

*Head of International for Escrow Services (ED), Executive Director, JPMorgan Escrow Services, 60 Victoria Embankment, London EC4Y 0JP* **faisal.ansari@jpmorgan.com**

**Tier 2**

**EMEA Sanction Referrals -** emeasanctionreferrals@jpmorgan.com

**Ramsey, Laura L -** laura.l.ramsey@jpmorgan.com

danny.m.noonan@jpmorgan.com
*Escrow Product analyst, EMEA Escrow Services, 60 Victoria Embankment, London EC4Y 0JP*

**Vemula, Nishanth R -** nishanth.r.vemula@jpmorgan.com

**Joseph, Justin X -** justin.x.joseph@restricted.chase.com

**Kohli, Tarun U -** tarun.u.kohli@jpmorgan.com

**Saravanan Jaganathan -** Saravanan.x.jaganathan@restricted.chase.com
*Transaction Processing Supervisor | International Core Cash Operations | Treasury & Securities Services | J.P. Morgan | 2nd Floor, Prestige Technology Park, West Wing, Sarjapur Outer Ring Road, Bangalore 560 087*

**Adrian Miller -** adrian.n.miller@jpmorgan.com
*Escrow Services | J.P. Morgan | 60 Victoria Embankment, London, UK, EC4Y OJP*

**Baker, Daniel TMSD -** danieltmsd.baker@jpmchase.com
*JPMorgan | Treasury Services EMEA Operations | MCAS Operations | &GDP 8 731 3920*

**Jayesh Menon -** Jayesh.b.menon@jpmchase.com
*Asst Vice President| Treasury & Securities Services | J.P. Morgan | 8F/B Paradigm Towers, Mumbai, India*

**Kevin A. D'souza -** kevin.a.dsouza@jpmorgan.com
*Global Core Cash Operations - Services |J.P. Morgan| 8th Floor, Paradigm Building "B", Link Road, Malad West, Mumbai 400064 India*

**CPM CLC -** cpm.clc@restricted.chase.com

**Campbell, Greg -** GREG.CAMPBELL@jpmorgan.com

**Buxton, Heather N -** heather.n.buxton@jpmorgan.com

**Gandhi, Binal X -** binal.x.gandhi@restricted.chase.com

**Miller, Adrian N -** adrian.n.miller@jpmorgan.com

**Trish Kelly — North America Escrow (MD) -** [Trish.A.Kelly@jpmorgan.com](mailto:Trish.A.Kelly@jpmorgan.com)

**Vetri, Christopher M -** [christopher.m.vetri@jpmchase.com](mailto:christopher.m.vetri@jpmchase.com)

**Osborn, JoAnne -** [JoAnne.Osborn@jpmorgan.com](mailto:JoAnne.Osborn@jpmorgan.com)

**Maulucci, Stefania -** [stefania.maulucci@jpmorgan.com](mailto:stefania.maulucci@jpmorgan.com)
*Vice President, Jp Morgan Escrow Services*

---

Other potential names we do not have email addresses for:

**Tosin Adewuyi - Nigerian SCO (MD)**

**Jeremy Shaw - TS Trade EMEA FI (MD)**

**Steven Victorin — EMEA Sales Region Executive (MD)**

**Nicolas Blake — TS Sales Corp Group Executive (MD)**

**Tancrede Carpenter — TS Sales Manager (ED)**

**Francesco Donadel — TS Sales Corp — Italy (VP)**

**Francesco Scotto — TS Sales Corp — Italy (VP)**

**Mame-Yaa Bonsu — Emerging Markets Corp Sales (Officer)**

**Rakesh Motwani — Senior Product Manager of Escrow Services and BDIS (Region Product Executive) (MD)**

**Nicholas Scarabino — Global Head of Escrow (MD)**

**Adrian Miller — Escrow services (ED)**

**Karen Witter - Escrow services**

**Wells, Melanie**

**Gopalani, Jitendra K**

**Vandana, Vishnu X**

**MCAS Investigations**
**TS KYC Team**

**Stephen Barritt**

**Nichols, Nina A**

**Freiger, Tiffany**

**Kim, Richard K**

**Steven Victorin**

**Stephen Barritt,**

**Nicholas Blake**

**Francesco Scotto**