# EXHIBIT 5

## J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC.
### CERTIFICATE

I, Sarah A. Clark, a duly appointed and qualified Assistant Secretary of J.P. Morgan Chase National Corporate Services, Inc., a New York corporation (the "**Corporation**"), do hereby certify to the following as of the date hereof:

1. The Corporation has its principal place of business at 383 Madison Avenue, New York, NY, 10179; and

2. The registered address of the Corporation is C T Corporation System, 111 Eighth Avenue, 13th Floor, New York, NY, 10011.

WITNESS my hand on June 2, 2022.

_Sarah Clark_
Sarah A. Clark

STATE OF TEXAS )
                ) ss.:
COUNTY OF COLLIN )

The foregoing instrument was acknowledged before me this 2nd day of June 2022 by Sarah A. Clark.

_Alysee Pelletier_
Notary Public

My commission expires: 12/15/2025

ALYSEE N PELLETIER
Notary ID #126703316
My Commission Expires
December 15, 2025